

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00349-CV

Lee Nick **MCFADIN**, III and Sandra C. Saks,
Appellants

v.

Marcus P. **ROGERS**, in his capacity as Interim Trustee of the Saks Children Family Trust a/k/a
ATFL&L,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466-A
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The clerk's record was due on August 31, 2016. On September 22, 2016, the Probate Court Clerk filed a notification of late record and requested an extension of time to file the clerk's record until November 1, 2016.

The clerk's request is GRANTED. The clerk's record is due on November 1, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court